IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| GARY S. JOHNSON | § | |
| V. | § | CIVIL ACTION NO. 6:05CV480 |
| ELMER BECKWORTH, ET AL. | § | |

ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore,

**ORDERED** that the above-styled case shall be and is hereby **DISMISSED WITH PREJUDICE** as frivolous as to the refiling of a Section 1983 lawsuit challenging the validity of his conviction and seeking release or a reduction in sentence, but **WITHOUT PREJUDICE** to Plaintiff's right to seek relief from his conviction through any lawful means, including but not limited to state or federal applications for the writ of habeas corpus, so long as the procedural requirements for such applications are met.  It is further

**ORDERED** that the dismissal of this lawsuit shall count as a strike for purposes of 28 U.S.C. § 1915(g).

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 27th day of April, 2006.**

_____
WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE